U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

August 10, 2007

Michael Wishnie
The Jerome N. Frank Legal Services
Organization, Yale Law School
P.O. Box 20909
New Haven Connecticut 06520-9090

Re: **07FOIA52604**

Dear Mr. Wishnie:

This letter is a follow-up to the phone conversation you had on August 2, 2007, with Annette Demory of my staff regarding your Freedom of Information Act/Privacy Act (FOIA/PA) request to the Department of Homeland Security (DHS), Immigration and Custom Enforcement (ICE) dated June 26, 2007, and seeking disclosure of all records created from January 1, 2006 to the present relating to the following:

- The investigation, arrest and detention of approximately 29 individuals in or near New Haven, Connecticut on June 6, 2007, including but not limited to all G-123A Complaint forms, all G-166C Memorandums of Investigation, all Press Releases, and all Post-Investigation Reports;
- Any communication relating to the June 6, 2007, enforcement action in New Haven Connecticut, before or after the action occurred, among or between: (1) the Boston Field Office of the U.S. Bureau of Immigration and Customs Enforcement (ICE), Office of Detention and Removal Operations (DRO); (2) DRO's Hartford Sub-Office; (3) DRO's main office at ICE headquarters; (4) ICE's National Fugitive Operations Program; and (5) any other component of ICE, including but not limited to:
    - any requests from DRO's Boston Field Office or Hartford Sub-Office for approval to undertake the action, made on or about April 2007, or at any other time; and
    - Any response by DRO, NFOP, or any other ICE component to any such request, made on or about May 2007 or at any other time.
- Any and all records of communications with the New Haven Police Department from January 1, 2007 to the present, by DRO's Hartford Sub-Office or any other ICE component, including but not limited to communications in April and May 2007, regarding the fugitive Operation Team action that resulted in the arrest of approximately 29 persons in New Haven on June 6, 2007.



EXHIBIT A

In that phone conversation, Ms. Demory informed you that you needed to provide this office with third party release forms from the 29 individuals before we can release any information to you. Your response to Ms. Demory was that you would be sending the consent forms out the next day.

Please be advised that DHS regulations require, in the case of third party information requests, a statement from the individual verifying his or her identity and certifying that individual's agreement that records concerning him or her may be accessed, analyzed and released to a third party. See 6 C.F.R. § 5.21(f). Because you have not provided this documentation with your request, we are unable to initiate a search for responsive records.

This is not a denial of your request. Upon receipt of a perfected request, you will be advised as to the status of your request. If you do not provide the consent forms by August 20, 2007, we will administratively close your request.

If you have any questions or would like to discuss this matter, please feel free to contact this office at (202) 732-0300 or 1-866-633-1182.

Sincerely,

*Catrina Pavlik-Keenan*

Catrina M. Pavlik-Keenan
FOIA Officer