U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



U.S. Immigration
and Customs
Enforcement

August 22, 2007

Michael Wishnie
The Jerome N. Frank Legal Services
Organization, Yale Law School
P.O. Box 20909
New Haven, Connecticut 06520-9090

Re: **07FOIA52604**

Dear Mr. Wishnie:

This letter is a follow-up to the August 10, 2007, letter this office sent you regarding your Freedom of Information Act/Privacy Act (FOIA/PA) request to the Department of Homeland Security (DHS), Immigration and Custom Enforcement (ICE) dated June 26, 2007, and seeking disclosure of all records created from January 1, 2006 to the present relating to the following:

- The investigation, arrest and detention of approximately 29 individuals in or near New Haven, Connecticut on June 6, 2007, including but not limited to all G-123A Complaint forms, all G-166C Memorandums of Investigation, all Press Releases, and all Post-Investigation Reports;
- Any communication relating to the June 6, 2007, enforcement action in New Haven Connecticut, before or after the action occurred, among or between: (1) the Boston Field Office of the U.S. Bureau of Immigration and Customs Enforcement (ICE), Office of Detention and Removal Operations (DRO); (2) DRO's Hartford Sub-Office; (3) DRO's main office at ICE headquarters; (4) ICE's National Fugitive Operations Program; and (5) any other component of ICE, including but not limited to:
   - any requests from DRO's Boston Field Office or Hartford Sub-Office for approval to undertake the action, made on or about April 2007, or at any other time; and
   - Any response by DRO, NFOP, or any other ICE component to any such request, made on or about May 2007 or at any other time.
- Any and all records of communications with the New Haven Police Department from January 1, 2007 to the present, by DRO's Hartford Sub-Office or any other ICE component, including but not limited to communications in April and May 2007, regarding the fugitive Operation Team action that resulted in the arrest of approximately 29 persons in New Haven on June 6, 2007.

In that letter, you were informed that you needed to provide this office with third party release forms for the 29 individuals before we can release any information to you. You were given until

www.ice.gov



August 20, 2007, to comply with this request. Also, in a phone conversation on August 17, 2007, AUSA Victoria Shin, confirmed that you needed to provided this office with the release forms or at the least, to call this office for an extension. To date we have not received the requested consent forms and you have not contacted this office for an extension.

For the above cited reasons, we are administratively closing item one of your request. Once you have the consent forms, you may submit another request for this information.

We are continuing to search for records responsive to the remaining portion of your request. Once that search is complete, we will respond to you accordingly.

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to: Associate General Counsel (General Law), U.S. Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

If you have any questions or would like to discuss this matter, please feel free to contact this office at (202) 732-0300 or 1-866-633-1182.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Off