# The Jerome N. Frank Legal Services Organization
YALE LAW SCHOOL

**BY FEDERAL EXPRESS, ELECTORNIC MAIL AND FACSIMILE**

August 29, 2007

Catrina M. Pavlik-Keenan
U.S. Department of Homeland Security
425 I Street NW
Washington, DC 20536
(202) 732-0300
(202) 732-0310 (facsimile)
ice-foia@dhs.gov

Re:   **07FOIA52604**

Dear Ms. Pavlik-Keenan:

I am writing in response to your letter of August 22, 2007. First, I ask that the agency immediately process the individual A files for the following individuals, whose consent forms I enclose:

1. Silvino Mirafuentes Trujillo, A74-862-577
2. Carlos David Castillo, A88-190-227
3. Cristobal Serrano-Mendez, A88-190-228
4. Amilcar Soto Velasquez, A88-190-229
5. Eduardo Diaz-Bernal, A88-190-230
6. Edinson Fernando Yangua Calba, A88-190-231
7. Esteban Serrano-Serrano, A88-190-233
8. Jose Efrain Solano Yangua, A88-190-234
9. Eugenio Perez-Cuando, A88-190-235
10. Julio Sergio Paredes-Mendez, A88-190-237
11. Edilberto Cedeno Trujillo, A88-190-238
12. Gerardo Morellano Trujillo, A88-190-239
13. Luis Sedeno-Trujillo, A88-190-240
14. Cirilo Sedeno-Trujillo, A88-190-241
15. Florente Baranda, A88-190-242
16. Apolinar Flores-Romero, A88-190-244
17. Delfino Perez-Corona, A88-190-246
18. Teresa Vara-Gonzalez, A88-190-247

I regret the delay in obtaining the consent forms; your initial letter arrived while I was away on vacation, and we have since moved as expeditiously as possible.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 4
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511


EXHIBIT C

Second, it is improper to close Item One of our request, even absent receipt of consent forms. The majority of documents specifically named in Item One—including G-123A Complaint forms, G-166C Memorandums of Investigation, Press Releases and Post-Investigation Reports—are not contained in individual A-files and therefore do not require individual consent for their release.

Please contact me at your earliest convenience to discuss how our request may progress with utmost dispatch.

Sincerely,

Michael J. Wishnie
Hope R. Metcalf

cc:   AUSA Victoria Shin, by facsimile, without enclosures