U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



U.S. Immigration
and Customs
Enforcement

August 21, 2007

Mr. Michael Wishnie
The Jerome N. Frank Legal
  Services Organization
Yale Law School
127 Wall Street
New Haven, CT 06511

Re: **2007FOIA52939**

Dear Mr. Wishnie:

This acknowledges receipt of your June 26, 2007, Freedom of Information Act (FOIA) request to the Immigration and Customs Enforcement (ICE), for

1. All materials mentioning the New Haven municipal I.D. card and the "Elm City Resident Card" including mention of the debate before New Haven Board of Aldermen or the programs approval by the Board on June 4, 2007.

2. All materials related to a report presented in October 2005, to the New Haven City Hall entitled "A City to Model."

3. All materials mentioning the New Haven Police Dept. General Order 06-02

4. All materials mentioning the creation, existence or possibility of a sanctuary or policy of non-cooperation of New Haven police officers with federal immigration officials.

It has come to my attention that the acknowledgement letter we initially sent you regarding this request had the incorrect receipt date of August 6, 2007. This request was actually received on June 26, 2007, and will be treated as such. I apologize for any inconvenience this may have caused.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, the Department processes FOIA requests according to their order of receipt. Although DHS' goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-

www.ice.gov



day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, DHS will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner; however, there are currently 835 open requests ahead of yours.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS Interim FOIA regulations as they apply to commercial requestors; i.e., you will be charged 10-cents per page for duplication and for search and review time at the per quarter-hour rate ($4.00, $7.00, $10.25) of the searcher and reviewer. We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate component of DHS for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number 07FOIA52939. Please refer to this identifier in any future correspondence. You may contact this office at (202) 732-0300 or 1-866-633-1182.

Sincerely,

Catrina M. Pavlik-Keenan, FOIA Officer
Immigration and Customs Enforcement