UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIDAD LATINA EN ACCION and<br>JUNTA FOR PROGRESSIVE ACTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil No. 3:07cv1224 (MRK) |

## LAW STUDENT INTERN APPEARANCE FORM
## STUDENT CERTIFICATION

I, the undersigned, hereby certify as follows:

1. I am a law student at the Yale Law School in the State of Connecticut, Class of 2008.

2. I have completed legal studies amounting to at least two semesters of credit or the equivalent.

3. I am not employed or compensated by the client.

WHEREFORE, I do respectfully request approval of the Court to appear in this matter on behalf of the plaintiff UNIDAD LATINA EN ACCIÓN, under the supervision of CHRISTOPHER LASCH of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rule of Civil Procedure 83.9.

_____
Simon Moshenberg
LAW STUDENT INTERN

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of SIMON MOSHENBERG to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of CHRISTOPHER LASCH.

Date: 10/18/07                    Signature: _____
                                  John Jairo Lugo
                                  Unidad Latina en Acción

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of SIMON MOSHENBERG as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student at all proceedings before the Court.

Date: 10/18/07                    Signature: _____
                                  Christopher Lasch, Esq.  ct 27139
                                  Jerome N. Frank Legal Services Organization
                                  P.O. Box 209090
                                  New Haven, CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____