TOTAL TIME: 2 hours 06 minutes
HONORABLE Mark R. Kravitz
DEPUTY CLERK K. Ghilardi RPTR/ERO/TAPE T. Finkelstein

DATE June 12, 2008  START TIME 3:14  END TIME 5:20
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

En Accion, et al   CIVIL NO. 3:07cv1224

Michael J. Wishnie
Christopher N. Lasch
Plaintiffs Counsel

vs.

Dept. of Homeland Security

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Michelle Lynn Colson
Brendan Keefe
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☐ Pre-Trial Conference

MOTION DOCUMENT NO.

#19  Motion For Summary Judgment — ☐ granted ☐ denied ☑ advisement

Hearing continued until ____ at ____