### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNIDAD LATINA EN ACCIÓN and <br> JUNTA FOR PROGRESSIVE ACTION, INC., | ) <br> ) <br> ) | Civ. No. 3:07-cv-01224-MRK |
| Plaintiffs, | ) <br> ) |  |
| v. | ) <br> ) |  |
| UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY, | ) <br> ) <br> ) | November 4, 2009 |
| Defendant. | ) <br> ) <br> ) |  |

### JOINT STIPULATION RESOLVING ALL REMAINING CLAIMS OTHER THAN COSTS AND ATTORNEYS' FEES

WHEREAS Unidad Latina en Acción and Junta for Progressive Action, Inc. (collectively, "Plaintiffs") filed FOIA Requests 07-52939, 07-52604 and 07-53311 seeking disclosure of records from the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement ("Defendant");

WHEREAS Plaintiffs filed the present action to compel the release of the requested records on August 10, 2007;

WHEREAS Plaintiffs have challenged the adequacy of Defendant's search for records and Defendant's failure to disclose records;

WHEREAS pursuant to a joint stipulation [dkt # 111] and rulings and orders of this Court [dkt # 60, 67, 68, 93, 106, 109] all claims pertaining to the adequacy of Defendant's search for records have previously been resolved;

WHEREAS the parties have briefed the propriety of Defendant's assertion of exemptions from disclosure [dkt # 19, 20, 21, 77, 79, 87] and the Court has ruled on the propriety of a number of such asserted exemptions [dkt # 37, 81; 104];

WHEREAS Defendant has subsequently reviewed the outstanding exemptions asserted, released further responsive records to Plaintiffs in part or in full, and produced additional Vaughn indices to Plaintiffs;

WHEREAS Plaintiffs do not concede the adequacy of any of the Vaughn indices produced or the propriety of the asserted exemptions on which the Court has not ruled, but also do not seek further relief from this Court in regard to any of the Vaughn indices produced or the propriety of exemptions asserted by Defendant and on which the Court has not ruled;

WHEREAS Defendant asserts that the Vaughn indices no longer challenged by Plaintiffs are legally sufficient and that all remaining exemptions are properly asserted under the Freedom of Information Act;

NOW THEREFORE the Parties hereby jointly enter into the following stipulation:

1.     With the exception of costs and attorneys' fees, the Parties seek no further relief in this action;

2.     With the exception of costs and attorneys' fees, all remaining claims in this action are subject to dismissal with prejudice by this Court;

3.     In accordance with this stipulation, all prior stipulations between the parties and the Court's rulings and orders, judgment shall enter for Plaintiffs in part and for Defendant in part;

4.The Parties shall have until January 8, 2010 to resolve the issues of costs and attorneys' fees or to make a motion requesting judicial resolution of the same.

Respectfully submitted,

| PLAINTIFFS | DEFENDANT |
|---|---|
| /s/ | /s/ |
| MICHAEL J. WISHNIE | DOUGLAS P. MORABITO |
| Supervising Attorney | Assistant U.S. Attorney |
| Attorney Bar # ct 27221 | Attorney Bar # ct 20962 |
| P.O. Box 209090 | 157 Church Street |
| New Haven, CT 06511 | New Haven, CT 06510 |
| Telephone: (203) 432-4800 | Telephone: (203) 821-3700 |
| Fax: (203) 432-1426 | Fax: (203) 773-5373 |
| Email: Michael.Wishnie@yale.edu | Email: Douglas.Morabito@usdoj.gov |

So ordered this ____ day of _____, 2009.

_____
United States District Judge

## CERTIFICATION

I herby certify that on November 4, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:    /s/

Hunter Smith, Law Student Intern